Commonwealth ex rel. Green, Appellant, *v.*
Hendrick.

Submitted June 14, 1965. *John Green,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Green, Appellant, *v.*
Maroney.

Submitted June 14, 1965. *Raymond Green,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Haas, Appellant, *v.*
Myers.

Submitted June 14, 1965. *Richard Haas,* appellant, in propria persona; *William J. Carlin,* District Attorney, for appellee.

Order affirmed.